IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:25CR1205 |
| | ) | |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| vs. | ) | 18 U.S.C. § 2253 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **ANDREW WORRALL** | ) | **INDICTMENT** |

COUNT ONE
(Production of Child Pornography)

THE GRAND JURY CHARGES:

That from on or about July 7, 2025, through on or about July 8, 2025, in the District of South Carolina, and elsewhere, the defendant, **ANDREW WORRALL**, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely MFV#1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

1

## FORFEITURE

SEXUAL EXPLOITATION OF CHILDREN:

Upon conviction for violation of Title 18, United States Code, Section 2251, as charged in this Indictment, the Defendant, **ANDREW WORRALL**, shall forfeit to the United States his interest in:

(i) any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

(ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

PROPERTY:

The property subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2253, and Title 28, United States Code, Section 2461(c), includes, but is not limited to, the following:

A. Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of Title 18.

B. Electronic Equipment:

iPhone 16 pro max, SN CRXF6GYYPY
Smart watch, 49mm Titanium & ceramic case, sapphire crystal

2

Flash Drive with marking "Flash Voyager"
Laptop, Apple, SN: EC2Y4W37C4k
Tablet, Apple, SN: N27LWWP9YP with black case

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 18 U.S.C. § 982(b)(1) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 22253, and Title 28, United States Code, Section 2461(c).

A \_\_\_true\_\_\_ BILL

/FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Dean H. Secor (#7315)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Telephone: (843) 727-4381
Email Address: dean.secor@usdoj.gov