RECORD OF GRAND JURY BALLOT

c/ 2:25CR 1205

THE UNITED STATES OF AMERICA v. ANDREW WORRALL

(SEALED UNTIL FURTHER ORDER OF THE COURT)